# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WM CRITTENDEN OPERATIONS, LLC**                  **PLAINTIFF**
**d/b/a WEST MEMPHIS HEALTH AND REHAB**

**v.**                 **CASE NO. 3:18-CV-00197-BSM**

**UNITED FOOD AND COMMERCIAL WORKERS**
**LOCAL UNION 1529 on behalf of**
**JACQUELINE BROOKS**                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE